Jan 06 17, 06:44p    TRESMOND LAW                                    7168583116              p.1

4:44PM

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF NEW YORK

DAVID LEWIS, et. al.,

           *Plaintiffs,*

    v.

ERIC T. SCHNEIDERMAN, et. al.,

           *Defendants.*

Civil Action No. 16-cv-692-FPG-MJR



## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the joined parties set forth below and/or their respective counsel that the above-captioned action is voluntarily dismissed against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

JAMES D. TRESMOND, ESQ.
Tresmond Law Firm
*Counsel for the Plaintiffs*
424 Main Street Suite 1908
Buffalo, New York 14202
Telephone (716) 858.3115
Facsimile  (716) 858.3116
Email law@tresmondlaw.com

By:  WILLIAM TAYLOR, ESQ.
ERIC T. SCHNEIDERMAN
Office of the Attorney General for the
State of New York
120 Broadway, 24th Floor
New York, New York 10271
Telephone (212) 416.8426
Facsimile  (212) 416. 6009
Email william.taylor@ag.ny.gov

SO ORDERED THIS ___ DAY OF ___ 20__

HON. FRANK P. GERACI, JR.
Chief U.S. District Judge